1056

[No. 26887-6-II. Division Two. March 8, 2002.]

JOHN R. LITTLE, *Appellant*, v. ARTHUR LITTLE, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-2-02225-8, James E. Rulli, J., entered December 15, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 26979-1-II. Division Two. March 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TRENDID NMN GARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-02043-2, Thomas P. Larkin, J., entered January 29, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Houghton, JJ.

[No. 27373-0-II. Division Two. March 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL H. GEBRESELASSIE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-8-00121-3, David R. Draper, J., entered May 7, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[No. 27567-8-II. Division Two. March 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MORONI DAVID WENHOLZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-00530-8, Roger A. Bennett, J., entered June 26, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Bridgewater, J.